IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CRIMINAL ACTION |
| v. | ) |
| | ) NO. 1:15-CR-00038-LMM-JSA-1 |
| JONATHAN JAMES BAKER | ) |
| _____) | |

UNOPPOSED MOTION TO CONTINUE TRIAL

Comes now, JONATHAN JAMES BAKER, Defendant in the above-styled action, by and through undersigned counsel, files this Motion to Continue the trial currently scheduled for March 31, 2015. Defendant requests that this Court grant a sixty (60) day continuance. In support of this Motion, Mr. Baker shows as follows:

(1)

Undersigned counsel was appointed to represent Mr. Baker on February 9, 2015.

(2)

Mr. Baker is charged in a single count indictment with possession of an unregistered machine gun, in violation of 26 U.S.C. § 5861(d).

(3)

Undersigned counsel and counsel for the government are negotiating a plea agreement in the instant case and the parties anticipate the case will be resolved with a plea rather than a trial.  However, undersigned counsel needs additional time to obtain records as well as arrange for an evaluation after the records are received in order to complete plea negotiations.  Sixty days from the date the trial is currently scheduled would provide sufficient time for undersigned counsel to complete her pretrial investigation of the case.

(4)

Counsel for the government does not oppose the Court granting a continuance of the trial date.

(5)

Since a plea agreement would eliminate the need for a trial, the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The period of delay should be excluded from the speedy trial calendar, pursuant to 18 U.S.C. § 3161(h) (1)(A) or (7)(A).

WHEREFORE, Mr. Baker requests a sixty (60) day continuance.

Dated:   This 26th day of February, 2015.

Respectfully submitted,

*s/ Suzanne Hashimi*
Suzanne Hashimi
State Bar No. 335616
Counsel for Mr. Baker

Federal Defender Program, Inc.
101 Marietta Street, Suite 1500
Atlanta, Georgia  30303
404/688-7530
Suzanne_Hashimi@fd.org

CERTIFICATE OF SERVICE

This is to certify that, pursuant to Local Rule 5.1, the forgoing has been formatted in Times New Roman, 14 Point, electronically filed and electronically served upon:

>Joseph Plummer, Esq.
>Assistant United States Attorney
>1800 Richard B. Russell Building
>75 Spring Street, S.W.
>Atlanta, Georgia  30335

Dated: This 26th day of February, 2015.


>*s/ Suzanne Hashimi*
>Suzanne Hashimi