IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL INDICTMENT |
| V. | ) NO. 1:15-CR-00038-LMM-JSA-1 |
| | ) |
| JONATHAN JAMES BAKER | ) |

## ORDER

Upon petition by the Defendant, JONATHAN JAMES BAKER, for good cause shown, and with the Government's consent, Defendant's request for continuance of the Trial is HEREBY GRANTED. The trial of this matter will be continued at least 60 days from today's date, or until further Order of this Court. The period between the date of this Order and the continued date shall be excludable under the District's Speedy Trial Plan and the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A) and (7)(A).

IT IS SO ORDERED this 27th day of February, 2015.

LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE